**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| AYALA, et al. | : | 02-4510 |
| TELLIS, et al. | : | 02-4511 |
| AVILLA, et al. | : | 02-4764 |
| ALBEE | : | 024782 |
| ANDERSON | : | 02-4800 |
| ALLEN | : | 02-4808 |
| ABRAMOVITZ, et al. | : | 02-4864 |
| ANTUSH, et al. | : | 02-4895 |
| BOLDEN | : | 02-4931 |
| BREAUX | : | 02-4934 |
| ARMSTRONG, et al. | : | 02-4943 |
| DAHLMAN, et al. | : | 02-4960 |
| ESTEBAN, et al. | : | 02-5020 |
| FARFAN, et al. | : | 02-5025 |
| GARCIA, et al. | : | 02-5055 |
| HEYNAR, et al. | : | 02-5058 |
| DESPOT | : | 02-5074 |
| GROSS, et al. | : | 02-5103 |
| GONSALVES, et al. | : | 02-5115 |
| HOFFMAN, et al. | : | 02-5134 |
| WELLS | : | 02-5190 |
| VALDEZ, et al. | : | 02-5194 |
| WILSON | : | 02-5208 |
| TISDEL | : | 02-5221 |
| LOCKHART | : | 02-5260 |
| LITTELL, et al. | : | 02-5275 |
| YOUNG | : | 02-5287 |
| GONZALEZ, et al. | : | 02-5303 |
| CASEY | : | 02-5346 |
| MATULA | : | 02-5383 |
| SHEA | : | 02-5417 |
| SANTANGELO | : | 02-5425 |
| STRICHARTZ | : | 02-5453 |
| SOLDANO | : | 02-5483 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this        day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[      ]    -    Order staying these proceedings pending disposition of a related action.

[      ]    -    Order staying these proceedings pending determination of arbitration proceedings.

[      ]    -    Interlocutory appeal filed.

[  X  ]    -    Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Herbert J. Hutton, Judge**